NO. 07-04-0584-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



FEBRUARY 11, 2005



______________________________




DEONDRICK T. WOODS, APPELLANT



V.



DIANA ALICIA VALDEZ, APPELLEE




_________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NO. 69,877-D; HONORABLE DON EMERSON, JUDGE



_______________________________



Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION


 On December 15, 2004, the clerk of this court received a copy of a Notice of Appeal 
filed on behalf of appellant, Deondrick T. Woods. By letter dated December 28, 2004, the
clerk advised appellant that a filing fee had not been received, see Tex. R. App. P. 5. The
clerk's letter likewise advised that failure to pay the filing fee may result in dismissal of the
appeal. See Tex. R. App. P. 42.3. 

 The filing fee has not been paid. Accordingly, this appeal is dismissed. Tex. R. App.
P. 42.3.

 James T. Campbell

 Justice






issue
for appellate review, we have no jurisdiction over the case except to dismiss the appeal. 
See Waller v. State, 931 S.W.2d 640, 643-44 (Tex.App.-Dallas 1996, no pet.). 

 Consequently, the appeal is dismissed for want of jurisdiction.



 James T. Campbell

 Justice






Do not publish.